UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David Emile Jutras</u>

        v.                         Case No. 09-cv-152-SM

<u>State of New Hampshire</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 26, 2009, for the reasons set forth therein. The Petition for Writ of Habeas Corpus is hereby dismissed.

SO ORDERED.

June 8, 2009

                                                             Steven J. McAuliffe
                                                             Chief Judge

cc:    David Jutras, pro se